UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Docket No. 2:22-mj-51-JAW |
| | ) | |
| v. | ) | |
| | ) | |
| **HAROLD CULLEN** | ) | |

## CRIMINAL COMPLAINT

I, Dillon Torno, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

### COUNT 1

**(Possession with Intent to Distribute Controlled Substances)**

On about March 25, 2022, within the District of Maine, defendant

**HAROLD CULLEN**

knowingly and intentionally possessed with intent to distribute controlled substances, namely fentanyl and cocaine, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that the penalty provisions of Title 21, United States Code, Section 841(b)(1)(C) apply to the conduct described herein.

This Complaint is based on those facts which are set forth in my affidavit of March 25, 2022, which is attached hereto and incorporated herein by reference.

Dillon Torno
Special Agent
Federal Bureau of Investigation

Sworn to telephonically and signed electronically in accordance with the requirements of Rule 4.1 of the Federal Rules of Criminal Procedure

Date: Mar 25 2022

City and state: Portland, Maine

*Judge's signature*

John A. Woodcock, Jr.  U.S. District Judge
*Printed name and title*